UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 14-CR-20035 |
| | ) |
| EULALIO L. MARTINEZ, | ) |
| | ) |
| Defendant. | ) |

### *MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)*
### *(Guideline Amendment No. 782)*

NOW COMES the Defendant, Eulalio Martinez, by and through his attorney, Ronald S. Langacker, and requests a modification or reduction of the Defendant's sentence pursuant to 18 U.S.C. §3582(c)(2), and Amendment 782 to the United States Sentencing Guidelines. In support thereof, Defendant states as follows:

1. The Defendant, Eulalio L. Martinez, was sentenced to a term of imprisonment of 144 months on May 4, 2015, in the Central District of Illinois.

2. The Defendant's total offense level was 29, and his criminal history category was IV.

3. The Defendant's projected release date is December 2, 2024.

4. The Defendant's sentence was based upon a drug trafficking offense.

5. The United States Sentencing Commission submitted to Congress an amendment to the federal sentencing guidelines that reduces the guidelines applicable to drug trafficking offenses. As a result, the guideline range Defendant was sentenced to may have been lowered as a result of the 2014 drug guideline amendment.

WHEREFORE, Defendant respectfully requests the Court enter an Order reducing his sentence pursuant to 18 U.S.C. §3582(c)(2), and Guideline Amendment No. 782.

Respectfully submitted,

s/ Ronald S. Langacker
Ronald S. Langacker, #6239469
Attorney for Defendant
102 East Main Street, Suite 100
Urbana, Illinois 61801
Telephone:     (217) 954-1025
Facsimile:      (217) 903-5255

*CERTIFICATE OF SERVICE*

I hereby certify that on November 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United State's Attorney, 201 S. Vine Street, Urbana, Illinois 61801.

        Respectfully submitted,

        s/ Ronald S. Langacker
        Ronald S. Langacker, #6239469
        Attorney for Defendant
        102 East Main Street, Suite 100
        Urbana, Illinois 61801
        Telephone:   (217) 954-1025
        Facsimile:    (217) 903-5255