UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

          Plaintiff,

  vs.

EULALIO L. MARTINEZ and
OSCAR MARTINEZ,

          Defendants.

Docket No. 14-20035

Urbana, Illinois
October 31, 2014
10:21 a.m.

FINAL PRETRIAL CONFERENCE -- CASE CONTINUED

BEFORE THE HONORABLE COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

| | |
|---|---|
| For the Plaintiff: | JASON M. BOHM, ESQUIRE<br>Assistant United States Attorney<br>201 South Vine Street<br>Urbana, Illinois 61802<br>217-373-5875 |
| For Defendant<br>Eulalio L. Martinez: | RONALD S. LANGACKER, ESQUIRE<br>Langacker Law, LTD<br>102 East Main Street, Suite 100<br>Urbana, Illinois 61801<br>217-954-1025 |
| For Defendant<br>Oscar Martinez: | PETER W. HENDERSON, ESQUIRE<br>Assistant Federal Public Defender<br>300 West Main Street<br>Urbana, Illinois 61801<br>217-373-0666 |
| Court Reporter: | LISA KNIGHT COSIMINI, RMR-CRR<br>U.S. District Court<br>201 South Vine, Suite 344<br>Urbana, Illinois 61802 |

Proceedings recorded by mechanical stenography; transcript produced by computer.

```
 1                  (In open court, 10:21 a.m.)
 2                  DEPUTY CLERK:  This is in Case Number 14-20035,
 3   United States of America versus Oscar Martinez and
 4   Eulalio Martinez.
 5                  THE COURT:  Good morning, everyone.  Mr. Bohm
 6   is appearing on behalf of the United States in place of
 7   Mr. Miller.
 8                  Representing Oscar Martinez, we have Federal
 9   Defender Peter Henderson.  Mr. Martinez -- Oscar
10   Martinez, can you hear me?
11                  DEFENDANT OSCAR MARTINEZ:  Yes.
12                  THE COURT:  All right.  I allowed Oscar
13   Martinez to appear at this hearing by telephone.  He has
14   indicated he can hear me as I speak.
15                  Eulalio Martinez is here present, in custody,
16   represented by Mr. Langacker, who is also personally
17   present.
18                  This matter is set for a final pretrial.  I
19   noted in the file that nothing was filed, so I'm
20   presuming that somebody is moving for a continuance.
21                  Would that be accurate, Mr. Bohm?
22                  MR. BOHM:  I believe there are going to be
23   continuances for change of plea dates, Your Honor.
24                  THE COURT:  That's fine.
25                  Mr. Henderson?
```

 1            MR. HENDERSON: Judge, we're still working out
 2   the details, but we would request 60 more days for a
 3   further telephone status.
 4            THE COURT:  Mr. Langacker.
 5            MR. LANGACKER:  Your Honor, for Mr. -- for Mr.
 6   Martinez, we like to go ahead and set a change of plea
 7   date.
 8            THE COURT:  Do you believe you can do so within
 9   60 days before Judge Bernthal?
10            MR. LANGACKER:  Absolutely.  We can do it at
11   the Court's convenience.
12            THE COURT:  All right.  All right.  Both
13   defendants, having exercised their right for a motion to
14   continue, the Court grants both motions to continue.
15   We'll set the trial out -- I'll move it out -- we're
16   going to move it to more than 60 days.
17            We'll set this matter for jury selection and
18   jury trial on Tuesday, January 13, at 9:30 a.m.; final
19   pretrial, January 6, 2015, at 1:30 -- all settings before
20   me in Courtroom A here in Urbana.
21            Mr. Langacker, Mr. Henderson, if for some
22   reason, Judge Bernthal cannot do the change of plea
23   between now and January 13th, which I think is highly
24   unlikely; but in the event that he cannot, you can always
25   contact my chambers, and I'll take the change of plea.

1                 That being said, Mr. Bohm, anything else on

2     behalf of the United States?

3                 MR. BOHM:  No.

4                 THE COURT:  Mr. Henderson?

5                 MR. HENDERSON:  No, Your Honor.

6                 THE COURT:  Mr. Langacker?

7                 MR. LANGACKER:  Nothing further.

8                 THE COURT:  Pursuant to 18 USC Section

9     3161(h)(7)(A), the Court finds that the ends of justice

10    served by granting the continuances outweigh the best

11    interests of the public and the defendant in a speedy

12    trial.  The Court makes this finding because the failure

13    to grant a continuance would be likely to make a

14    continuation of such proceedings impossible, or result in

15    a miscarriage of justice, and would also deny counsel for

16    both sides the reasonable time necessary for effective

17    preparation, taking into account the exercise of due

18    diligence.  Thus, the Court finds that all time from

19    today's date to January 13, 2015, is excludable time

20    under the Speedy Trial Act.

21                That will be all for the record.

22                Defendant Eulalio Martinez is remanded to the

23    custody of the Marshal Service.

24                Defendant Oscar Martinez is allowed to remain

25    out on the current bond conditions that he is currently

```
 1   on.
 2            That will be all for the record.
 3              (Hearing concluded, 10:24 a.m.)
 4
 5                 *  *  *  *  *  *  *  *  *  *
 6
 7                     REPORTER'S CERTIFICATE
 8       I, LISA KNIGHT COSIMINI, RMR-CRR, hereby certify
 9   that the foregoing is a correct transcript from the
10   record of proceedings in the above-entitled matter.
11       Dated this 5th day of November, 2018.
12
13
14            _____s/Lisa Knight Cosimini_____
              Lisa Knight Cosimini, RMR-CRR
15            Illinois License # 084-002998
16
17
18
19
20
21
22
23
24
25
```